IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02714-BNB

TA'MISHA PERKINS,

    Plaintiff,

v.

C/O TROUTTA, Department of Corrections,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Ta'misha Perkins, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Denver Women's Correctional Facility. She submitted to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

On November 18, 2009, Magistrate Judge Boyd N. Boland granted the 28 U.S.C. § 1915 motion, required Ms. Perkins to pay the full amount of the $350.00 filing fee in installments, and directed her to pay an initial partial filing fee of $14.00 within thirty days or to show cause why she has no assets and no means by which to pay the designated initial partial filing fee. The November 18 order warned Ms. Perkins that if she failed by the designated deadline to have the $14.00 initial partial filing fee sent to the clerk of the Court or to show cause as directed, the complaint would be dismissed without further notice.

On November 21, 2009, Ms. Perkins' request for a thirty-day extension of time in which to submit the $14.00 initial partial filing fee owed in this action was granted by minute order. Ms. Perkins has failed within the time allowed either to pay the initial partial filing fee or to show cause as directed in the November 18 order granting her leave to proceed pursuant to 28 U.S.C. § 1915 why she is unable to do so. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for the failure of Plaintiff, Ta'misha Perkins, within the time allowed to pay the $14.00 initial partial filing fee or to show cause as directed in the November 18 , 2009, order why she has no assets and no means by which to pay the designated initial partial filing fee and for her failure to prosecute.

DATED at Denver, Colorado, this 28 day of JANUARY, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02714-BNB

Ta'Misha Perkins
Prisoner No. 126147
Denver Women's Corr. Facility
PO Box 392005
Denver, CO   80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/29/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk